# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAREM KURBEGOVICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN FBI AGENTS,<br><br>　　　　　Defendant. | CASE NO. 1:09-cv-00964-OWW-DLB PC<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE WITHIN FIFTEEN DAYS OR ACTION WILL BE DISMISSED |

　　Plaintiff Muharem Kurbegovich ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 19, 2009. This action was transferred from the United States District Court, Northern District of California on May 29, 2009.

　　28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." A review of the actions filed by plaintiff reveals that plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the time

1 the complaint is filed, under imminent danger of serious physical injury.[1]

2 The Court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that support a finding that he is, at this time, under imminent danger of serious physical injury. Accordingly, plaintiff may not proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed with this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis in this action;

2. Plaintiff shall pay the $350.00 filing fee in full within **fifteen (15) days** from the date of service of this order; and

3. If plaintiff fails to pay the $350.00 filing fee in full within fifteen days, this action shall be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   June 5, 2009**           /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE

---

[1] Among the dismissals that count as strikes are 2:04-cv-05662 UA-CW Kurbegovich v. Deputy Director et al., (C.D. Cal.) (dismissed on 08/04/2004 as frivolous and for failure to state a claim); 2:03-cv-04742 UA CW Kurbegovich v. Bozanich, (C.D. Cal.) (dismissed on 07/28/2003 as frivolous and barred under Heck v. Humphrey, 512 U.S. 477, 114 S.Ct. 2364, 129 L. Ed. 2d 384 (1994)); 3:02-cv-2477 J JFS Kurbegovich v. McGrath et al., (S.D. Cal.) (dismissed on 12/30/2002 for failure to state a cognizable federal claim); 2:03-cv-01562-CBM-CW Kurbegovich v. McGrath et al., (C.D. Cal.) (dismissed on 04/01/2003 for failure to state a claim); and 2:03-cv-01591-RT-CW Kurbegovich v. Lockyer et al., (C.D. Cal.) (dismissed on 3/13/2003 for failure to state a claim).