# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAREM KURBEGOVICH, | CASE NO. 1:09-cv-00964 OWW DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| UNKNOWN FBI AGENTS, | [Doc. 15] |
| Defendants. | |

Plaintiff Muharem Kurbegovich ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2009, pursuant to 28 U.S.C. § 1915(g), this court found plaintiff ineligible to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within fifteen days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action, without prejudice. On July 15, 2009, Plaintiff filed an appeal of the order. On August 19, 2009, the Court of Appeals for the Ninth Circuit issued an order holding that the appeal was insubstantial and would not be permitted to proceed. .

More than fifteen days have passed and plaintiff has not paid the filing fee. Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee.

IT IS SO ORDERED.

Dated: **August 20, 2009**           **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE